Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−17723−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Colleen P. DeStephan
31 Astor Ct.
Sayreville, NJ 08872

Joseph A. DeStephan
31 Astor Ct.
Sayreville, NJ 08872

Social Security No.:
xxx−xx−1009

xxx−xx−9676

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 15, 2025.

Dated: October 15, 2025
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-17723-MBK |
| Colleen P. DeStephan | Chapter 13 |
| Joseph A. DeStephan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 15, 2025 | Form ID: plncf13 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Colleen P. DeStephan, Joseph A. DeStephan, 31 Astor Ct., Sayreville, NJ 08872-2105 |
| 520754317 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |
| 520754318 | + | Mohela, Po Box 300001, Greenville, TX 75403-3001 |
| 520754319 | + | New Jersey Heart, 520 N Wood Ave., Linden, NJ 07036-4147 |
| 520792074 | ++ | TD BANK USA N A, C/O WEINSTEIN & RILEY P S, 749 GATEWAY STE G601, ABILENE TX 79602-1196 address filed with court:, TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 15 2025 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 15 2025 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520754301 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 15 2025 21:47:10 | Advantage Federal Student Loan, PO Box 300001, Greenville, TX 75403-3001 |
| 520839821 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 15 2025 21:47:24 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 520754302 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 21:47:46 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520754304 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 21:35:32 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520769695 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 15 2025 21:36:05 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520754306 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 15 2025 21:34:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520754308 | + | Email/Text: mrdiscen@discover.com | Oct 15 2025 21:32:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520754307 | + | Email/Text: mrdiscen@discover.com | Oct 15 2025 21:32:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520754309 | | Email/Text: bankruptcycourts@equifax.com | Oct 15 2025 21:33:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 520754310 | ^ | MEBN | Oct 15 2025 21:27:17 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 520754311 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

Case 25-17723-MBK  Doc 27  Filed 10/17/25  Entered 10/18/25 00:19:58  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: plncf13 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 15 2025 21:47:06 | First Premier Bank, Attn: Bankruptcy, PO BOX 5524, Sioux Falls, SD 57117-5524 |
| 520754313 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 15 2025 21:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520791697 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 15 2025 21:34:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520754314 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 21:35:26 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520754315 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 21:35:30 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520757168 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2025 21:47:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520754326 | | Email/Text: camanagement@mtb.com | Oct 15 2025 21:33:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520754316 | | Email/Text: camanagement@mtb.com | Oct 15 2025 21:33:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 520758475 | + | Email/Text: camanagement@mtb.com | Oct 15 2025 21:33:00 | M&T Bank, P.O Box 1508, Buffalo NY 14240-1508 |
| 520754327 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 15 2025 21:33:00 | Nr/sms/cal, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 520754321 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 21:36:40 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520754320 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 21:36:29 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520815617 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 21:35:38 | Portfolio Recovery Associates, LLC, c/o Onemain Financial Group, LLC, POB 41067, Norfolk VA 23541 |
| 520754322 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 15 2025 21:36:45 | Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520792074 | | Email/Text: bncmail@w-legal.com | Oct 15 2025 21:33:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 520754325 | | Email/Text: DASPUBREC@transunion.com | Oct 15 2025 21:32:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 520754324 | + | Email/Text: bncmail@w-legal.com | Oct 15 2025 21:33:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 520754323 | + | Email/Text: bncmail@w-legal.com | Oct 15 2025 21:33:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 520830877 | | Email/Text: mtgbk@shellpointmtg.com | Oct 15 2025 21:33:00 | Wells Fargo Bank, N.A., c/o NewRez LLC d/b/a, P.O. Box 10826, Greenville SC 29603-0826 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520754303 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520754305 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520754312 | *+ | First Premier Bank, Attn: Bankruptcy, PO BOX 5524, Sioux Falls, SD 57117-5524 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Colleen P. DeStephan imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Joseph A. DeStephan imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6