Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−17723−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Colleen P. DeStephan
31 Astor Ct.
Sayreville, NJ 08872

Joseph A. DeStephan
31 Astor Ct.
Sayreville, NJ 08872

Social Security No.:
xxx−xx−1009

xxx−xx−9676

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       12/10/25
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jonathan Goldsmith Cohen, Esq.
Attorney for Debtor

COMMISSION OR FEES
Fee: $5,189.48

EXPENSES
$433.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 3, 2025
JAN:

                    Jeanne Naughton
                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Colleen P. DeStephan  
Joseph A. DeStephan  
    Debtors

Case No. 25-17723-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: 137 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Colleen P. DeStephan, Joseph A. DeStephan, 31 Astor Ct., Sayreville, NJ 08872-2105 |
| 520754317 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |
| 520754318 | + | Mohela, Po Box 300001, Greenville, TX 75403-3001 |
| 520754319 | + | New Jersey Heart, 520 N Wood Ave., Linden, NJ 07036-4147 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 03 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 03 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520754301 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 03 2025 21:26:14 | Advantage Federal Student Loan, PO Box 300001, Greenville, TX 75403-3001 |
| 520839821 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 03 2025 21:26:14 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 520754302 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2025 21:15:45 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520754304 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2025 21:15:47 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520769695 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 03 2025 21:26:18 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520754306 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Nov 03 2025 21:14:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520754308 | + | Email/Text: mrdiscen@discover.com | Nov 03 2025 21:13:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520754307 | + | Email/Text: mrdiscen@discover.com | Nov 03 2025 21:13:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520754309 | | Email/Text: bankruptcycourts@equifax.com | Nov 03 2025 21:13:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 520754310 | ^ | MEBN | Nov 03 2025 21:06:21 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 520754311 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 03 2025 21:37:04 | First Premier Bank, Attn: Bankruptcy, PO BOX 5524, Sioux Falls, SD 57117-5524 |
| 520754313 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2025 21:13:00 | Internal Revenue Service, P.O. Box 7346, |

Case 25-17723-MBK    Doc 30    Filed 11/05/25    Entered 11/06/25 00:17:23    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: 137 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 520791697 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 03 2025 21:14:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520754314 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2025 21:16:05 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520754315 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2025 21:16:04 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520757168 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2025 21:26:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520754326 | | Email/Text: camanagement@mtb.com | Nov 03 2025 21:13:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520754316 | | Email/Text: camanagement@mtb.com | Nov 03 2025 21:13:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 520758475 | + | Email/Text: camanagement@mtb.com | Nov 03 2025 21:13:00 | M&T Bank, P.O Box 1508, Buffalo NY 14240-1508 |
| 520754318 | ^ | MEBN | Nov 03 2025 21:08:50 | Mohela, Po Box 300001, Greenville, TX 75403-3001 |
| 520754327 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 03 2025 21:13:00 | Nr/sms/cal, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 520754321 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2025 21:26:26 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520754320 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2025 21:26:24 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520815617 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2025 21:26:24 | Portfolio Recovery Associates, LLC, c/o Onemain Financial Group, LLC, POB 41067, Norfolk VA 23541 |
| 520754322 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 03 2025 21:15:54 | Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520792074 | | Email/Text: bncmail@w-legal.com | Nov 03 2025 21:13:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 520754325 | | Email/Text: DASPUBREC@transunion.com | Nov 03 2025 21:12:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 520754324 | + | Email/Text: bncmail@w-legal.com | Nov 03 2025 21:13:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 520754323 | + | Email/Text: bncmail@w-legal.com | Nov 03 2025 21:13:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 520830877 | | Email/Text: mtgbk@shellpointmtg.com | Nov 03 2025 21:13:00 | Wells Fargo Bank, N.A., c/o NewRez LLC d/b/a, P.O. Box 10826, Greenville SC 29603-0826 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520754303 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520754305 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520754312 | *+ | First Premier Bank, Attn: Bankruptcy, PO BOX 5524, Sioux Falls, SD 57117-5524 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:**

**Name**  **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jonathan Goldsmith Cohen
on behalf of Debtor Colleen P. DeStephan imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Jonathan Goldsmith Cohen
on behalf of Joint Debtor Joseph A. DeStephan imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Matthew K. Fissel
on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6