UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. MARK COHEN LAW GROUP
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive Suite 6
Tinton Falls, NJ 07701
T: 732-741-9500
F: 732-523-5655
E: JGC@imclawgroup.com

**Order Filed on May 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Colleen P. DeStephan
Joseph A. DeStephan

| | |
|---|---|
| Case No.: | 25-17723 |
| Chapter: | 13 |
| Judge: | MBK |

## LOSS MITIGATION ORDER

The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

**DATED: May 27, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

☒   A Notice of Request for Loss Mitigation was filed by the debtor on 04/14/26 .

☐   A Notice of Request for Loss Mitigation was filed by the creditor,

_____ on _____ .

☐   The court raised the issue of Loss Mitigation, and the parties having had notice and an

opportunity to object, and the Court having reviewed any objections thereto.

The Request concerns the following:

Property:   31 Astor Ct. Sayreville, NJ 08872

Creditor:   Shellpoint Mortgage Servicing

☐ It is hereby ORDERED that the Notice of Request for Loss Mitigation is denied.

☒   It is hereby ORDERED that the Notice of Request for Loss Mitigation is granted, and:

- The debtor and creditor listed above are directed to participate in Loss Mitigation and are
  bound by the court's *Loss Mitigation Program and Procedures* (LMP).

- The Loss Mitigation process shall terminate on _____ (90 days from the
  date of entry of this order, unless an *Application for Extension or Early Termination of
  the Loss Mitigation Period* is filed under Section IX.B of the LMP.)

- The debtor must make monthly adequate protection payments to the creditor during the
  Loss Mitigation Period in the amount of _____ on the due date set forth
  in the note, including any grace period.   See Section VII.B. of the LMP.

- If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order
  or if such a motion is filed during the loss mitigation period, the court may condition the
  stay upon compliance by the debtor with the fulfillment of the debtor's obligations under
  the Loss Mitigation Order. If the debtor fails to comply with the loss mitigation process
  and this Order, the creditor may apply to terminate the Order as specified in Section
  IX.B. of the LMP and to obtain relief from the stay.

- Extension or early termination of the LMP may be requested as specified in Section IX.B of the LMP.

- If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

☒ It is ORDERED that parties shall utilize the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall ensure that it is registered on the loss mitigation portal and that all of its initial loss mitigation document requirements are available on the portal.

- Within 35 days of the date of this order, the debtor shall upload and submit through the loss mitigation portal a completed Creditor's Initial Package.

- Within 14 days of the debtor's submission of the Creditor's Initial Package, the creditor shall acknowledge receipt of same and designate the single point of contact for debtor's review.

☐ It is ORDERED that the debtor is excused from use of the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall designate a single point of contact, including the name and contact information of the contact and shall specify to the debtor the forms and documentation the creditor requires to initiate a review of the debtor's loss mitigation options.

- Within 21 days after receipt of the creditor's specifications regarding forms and documentation, the debtor shall provide the requested information.

- Within 14 days of the debtor's submission, the creditor shall acknowledge receipt of the documentation.

*rev.12/17/19*

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 25-17723-MBK

Colleen P. DeStephan                                                        Chapter 13

Joseph A. DeStephan

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                              Page 1 of 2

Date Rcvd: May 27, 2026                       Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +  Colleen P. DeStephan, Joseph A. DeStephan, 31 Astor Ct., Sayreville, NJ 08872-2105

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

**Name                          Email Address**

Albert Russo
                        on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                        docs@russotrustee.com

Jonathan Goldsmith Cohen
                        on behalf of Debtor Colleen P. DeStephan imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Jonathan Goldsmith Cohen
                        on behalf of Joint Debtor Joseph A. DeStephan imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Matthew K. Fissel
                        on behalf of Loss Mitigation Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Matthew K. Fissel
                        on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD2

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: May 27, 2026                                Form ID: pdf903                               Total Noticed: 1

> bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee

> USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7