UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

**IN RE:**

**CASE NO.: 25-17723**
**CHAPTER 13**

**Colleen P. DeStephan,**
**Debtor.**

**Joseph A. DeStephan,**
**Joint Debtor.**

____________________________________/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Cory Woerner
Cory Woerner
Email: cwoerner@raslg.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 25, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

COLLEEN P. DESTEPHAN
31 ASTOR CT.
SAYREVILLE, NJ 08872

JOSEPH A. DESTEPHAN
31 ASTOR CT.
SAYREVILLE, NJ 08872

And via electronic mail to:

I. MARK COHEN LAW GROUP
1 EXECUTIVE DRIVE SUITE 6
TINTON FALLS, NJ 07701

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/Paul Edwards